AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| UNIVERSITY OF INDIANAPOLIS<br>*Plaintiff*<br>v.<br>THE TRUSTEES OF INDIANA UNIVERSITY<br>*Defendant* | ) ) ) ) ) | Case No. 1:26-cv-1669 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

University of Indianapolis .

Date: 08/11/2026

/s/ William J. Barkimer
*Attorney's signature*

William J. Barkimer (#27017-49)
*Printed name and bar number*

KRIEG DeVAULT LLP
111 Congressional Blvd., Suite 400
Carmel, IN 46032
*Address*

wbarkimer@kdlegal.com
*E-mail address*

(317) 566-1110
*Telephone number*

(317) 636-1507
*FAX number*