AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

UNIVERSITY OF INDIANAPOLIS
*Plaintiff*
v.
THE TRUSTEES OF INDIANA UNIVERSITY
*Defendant*

Case No. 1:26-cv-1669

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

University of Indianapolis .

Date: 08/11/2026

/s/ Daniel Tychonievich
*Attorney's signature*

Daniel Tychonievich (#19604-71)
*Printed name and bar number*

KRIEG DeVAULT LLP
4101 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
*Address*

dtychonievich@kdlegal.com
*E-mail address*

(574) 485-2003
*Telephone number*

(574) 277-1201
*FAX number*