**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

| | | |
|---|---|---|
| UNIVERSITY OF INDIANAPOLIS<br>Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:26−cv−01669−JPH−MKK |
| | ) | |
| THE TRUSTEES OF INDIANA UNIVERSITY<br>Defendant(s) | ) | |

**ORDER OF RECUSAL/DISQUALIFICATION**

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.

DATE: August 12, 2026

s/ James Patrick Hanlon
Judge
United Stated District Court
Southern District of Indiana