# *UNITED STATES DISTRICT COURT*

## *Southern District of Indiana*

***Kristine L. Seufert***

***Clerk of the Court***

*46 East Ohio Street, Room 105*
*Indianapolis, Indiana*
*46204*

*921 Ohio Street*
*Terre Haute, Indiana*
*47807*

*101 Northwest MLK Boulevard*
*Evansville, Indiana*
*47708*

*121 West Spring Street*
*New Albany, Indiana*
*47150*

August 12, 2026

Re: UNIVERSITY OF INDIANAPOLIS v. THE TRUSTEES OF INDIANA UNIVERSITY
Cause Number: 1:26−cv−01669−JRO−MKK

TO ALL COUNSEL OF RECORD:

Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge James Patrick Hanlon to the docket of Judge Justin R. Olson on August 12, 2026. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:26−cv−01669−JRO−MKK should be used on all future filings.**

Sincerely,

Kristine L. Seufert, Clerk of Court

By: s/Dan Habing
Dan Habing, Deputy Clerk