**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNIVERSITY OF INDIANAPOLIS,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF INDIANA UNIVERSITY,<br><br>Defendant. | ) | Case No.: 1:26-cv-01669-JRO-MKK |

**CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF**

Plaintiff University of Indianapolis, by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses that it is not held or controlled by any parent corporation and that there are no publicly-held corporations or investment funds that hold 10% or greater ownership interest in University of Indianapolis.

Respectfully submitted,

William J. Barkimer

William J. Barkimer (#27017-49)
KRIEG DeVAULT LLP
111 Congressional Blvd., Suite 400
Carmel, IN 46032
Telephone: (317) 566-1110
Facsimile: (317) 636-1507
wbarkimer@kdlegal.com

Daniel Tychonievich (#19604-71)
KRIEG DeVAULT LLP
4101 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
Telephone: (574) 485-2003
Facsimile: (574) 277-1201
dtychonievich@kdlegal.com