UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNIVERSITY OF INDIANAPOLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:26-cv-01669-JRO-MKK |
| THE TRUSTEES OF INDIANA UNIVERSITY, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE**

John R. Maley of the law firm of Barnes & Thornburg LLP hereby enters his Appearance on behalf of Defendant The Trustees of Indiana University.

Dated: September 30, 2026

Respectfully submitted,

*s/John R. Maley*

John R. Maley (14300-89)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
317.231.7464
jmaley@btlaw.com

*Counsel for Defendant*