UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNIVERSITY OF INDIANAPOLIS,<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF INDIANA UNIVERSITY,<br><br>Defendant. | ) | Case No. 1:26-cv-01669-JRO-MKK |

**APPEARANCE**

Caitlin R. Byczko of the firm of Barnes & Thornburg LLP hereby enters her appearance on behalf of Defendant The Trustees of Indiana University.


*/s/ Caitlin R. Byczko*
Caitlin R. Byczko (No. 31905-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Telephone: (317) 231-7550
Email: cbyczko@btlaw.com