**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNIVERSITY OF INDIANAPOLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:26-cv-01669-JPH-MKK |
| | ) | |
| THE TRUSTEES OF INDIANA UNIVERSITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT**

Comes now Plaintiff, University of Indianapolis ("Plaintiff"), by counsel, pursuant to Southern District Local Rule 7-1(c)(2), and requests the Court extend the deadline for Plaintiff to respond to Defendant's Partial Motion to Dismiss and Motion for More Definite Statement (ECF 18) by twenty-eight (28) days, to and including November 24, 2026. In support of its Motion, Plaintiff states:

1. On October 6, 2026, Defendant filed its Partial Motion to Dismiss and Motion for More Definite Statement ("Defendant's Motion"). [ECF 18]

2. Under Southern District Local Rule 7-1(c)(2), Plaintiff's response to Defendant's Motion is due on or before October 27, 2026.

3. Counsel for Plaintiff reasonably requests an additional twenty-eight (28) day extension to and including November 24, 2026, within which to file Plaintiff's response to Defendant's Motion.

4. On October 5, 2028, prior to the filing of Defendant's Motion, counsel for Plaintiff communicated with counsel for Defendant who indicated that Defendant would not object to this request.

5. This Motion is not being filed for the purpose of delay.

WHEREFORE, Plaintiff University of Indianapolis, by counsel, respectfully requests the Court extend the deadline to respond to Defendant's Motion by twenty-eight (28) days, to and including November 24, 2026, and for all other just and proper relief.

Respectfully submitted,

/s/ William *J. Barkimer*

William J. Barkimer (#27017-49)
KRIEG DeVAULT LLP
111 Congressional Blvd., Suite 400
Carmel, Indiana 46032
Telephone: (317) 566-1110
Facsimile: (317) 636-1507
wbarkimer@kdlegal.com

Daniel Tychonievich (#19604-71)
KRIEG DeVAULT LLP
4101 Edison Lakes Parkway, Suite 100
Mishawaka, Indiana 46545
Telephone: (574) 485-2003
Facsimile: (574) 277-1201
dtychonievich@kdlegal.com