**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNIVERSITY OF INDIANAPOLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:26-cv-01669-JPH-MKK |
| | ) | |
| THE TRUSTEES OF INDIANA UNIVERSITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE**

Comes now Plaintiff, University of Indianapolis ("Plaintiff"), by counsel, having filed its Unopposed Motion to Extend Response Deadline and this Court being duly advised, now hereby GRANTS said motion.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the deadline for Plaintiff's response to Defendant's Partial Motion to Dismiss and Motion for More Definite Statement (ECF 18) is hereby extended by twenty-eight (28) days to and including November 24, 2026.

SO ORDERED ________________________________________.

________________________________________
M. Kendra Klump
United Staes Magistrate Judge
Southern District of Indiana